# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GARCIA ALCAZAR, | No. 2:17-CV-0282-JAM-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| JEFF SESSIONS, et al., | |
| Respondents. | |
| _____ / | |

Petitioner, who is proceeding with retained counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging the denial of a custody determination pursuant to Diouf v. Napolitano, 634 F.3d 1081 (9th Cir. 2011). Pending before the court is petitioner's petition (Doc. 1). Respondents will be directed to file a response to the petition and a briefing schedule will be set.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Respondents shall file a response to the petition within 60 days of the date of this order; and

2. Petitioner's traverse, if an answer is filed, is due within 30 days after service of the answer.

DATED: August 9, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE